# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2550
Lower Tribunal Nos. 2013-CF-017383, 2014-CF-006144, and 2024-CF-009994

_____

RICHARD XAVIER WARREN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jenifer M. Harris, Judge.

December 12, 2025

PER CURIAM.

AFFIRMED. *See Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025) (affirming without deciding impact, if any, of alleged error based on *Erlinger v. United States*, 602 U.S. 821 (2024), because, even assuming *Erlinger* applies, any error was harmless).

TRAVER, C.J., and WOZNIAK and GANNAM, JJ., concur.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED